1  John W. Villines (CA SBN 193672)
   JV LAW
2  726 14th Street, Suite E
   Modesto, CA  95354
3  *Mailing Address*:
   P.O. Box 580049
4  Modesto, CA  95358-0002
   Tel:  (209) 524-9903
5  Fax: (209) 524-6655
   E-Mail:  john@jvlaw.net
6
7  Attorneys for Plaintiffs
   CELIA CERVANTEZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| CELIA CERVANTEZ, an individual, ) | Case No.:  1:09-CV-00858-AWI-SMS |
| ) | |
| Plaintiffs, ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| ) | |
| vs. ) | |
| ) | [Fed. R. Civ. Proc. 41(a)] |
| INDYMAC FEDERAL BANK FSB, ) INDEX WEST, L.L.C., and DOES 1 – 10; ) | |
| ) | |
| Defendants. ) | |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), plaintiff CELIA CERVANTEZ voluntarily dismisses the above-captioned action without prejudice.

/ / /

/ / /

DATED:  December 9, 2009            JV LAW

-1-

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)**

**JV Law**
P.O. Box 580049
Modesto, CA 95358
Tel:  209.524.9903
Fax:  209.524.6655
www.jvlaw.net

1
2
3          By: /s/ John W. Villines/
4             John W. Villines
              Attorneys for Plaintiff
5             CELIA CERVANTEZ
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)**